UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.      CR-08-0016-WFN-1 |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | ORDER DISMISSING INDICTMENT |
| | ) | AND VACATING CONVICTION |
| BRIAN K. YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

By Order of the Ninth Circuit,

**IT IS ORDERED** that:

1.  The Indictment in this matter is **DISMISSED WITH PREJUDICE**.

2.  Mr. Young's conviction, as set out in the Judgment filed November 13, 2008, **ECF No. 104**, is **VACATED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of May, 2012.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

05-03-12

ORDER DISMISSING INDICTMENT
AND VACATING CONVICTION